# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Crim. No. 2:12-cr-10-DBH-01 |
| CHRISTOPHER BRICHETTO, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON DEFENDANT'S MOTION FOR SENTENCE REDUCTION

The defendant Christopher Brichetto is serving a lengthy federal prison sentence imposed by this Court. He has filed a motion requesting appointment of counsel to seek a sentence reduction based upon the United States Sentencing Commission's recent decision to make retroactive a reduction in penalties for drug-related sentences. Letter from Christopher Brichetto to Clerk of Court dated August 3, 2014 (ECF No. 91). He refers specifically to the new amendment to the Sentencing Guidelines, Amendment 782. Id.

Amendment 782 by its specific language, however, directs that any release based upon its terms can occur no earlier than November 1, *2015*, some 15 months from now. This District, like many others, will devise processes and procedures to review the cases of federal prisoners sentenced here who may be covered by Amendment 782, and will appoint counsel as necessary. The defendant's motion is premature at this time and is **Denied without prejudice**.

**So Ordered.**

**Dated this 8th day of August, 2014**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**